Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

---

BK

## CORPORATE ASSIGNMENT OF MORTGAGE

Greenville, South Carolina
SELLER'S SERVICING #:0021569512 "ANOSIKE"

**MERS #: 100062604298660152 VRU #: 1-888-679-6377**

Date of Assignment: September 22nd, 2009
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.M AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.ITS SUCCESSORS OR ASSIGN at 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL 34474
Assignee: AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361

Executed By: ONYEKACHI ANOSIKE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.
Date of Mortgage: 09/25/2006 Recorded: 10/02/2006 in Book/Reel/Liber: 4651 Page/Folio: 1248 as Instrument No.: 2006096237 In Greenville, South Carolina

Property Address: 316-318 DEVONWOOD COURT, TAYLORS, SC 29687

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $143,100.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.M AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.ITS SUCCESSORS OR ASSIGN
On September 22nd, 2009

By: _____
THEODORE SCHULTZ, Vice-President

WITNESS

_____
SUSAN LINDHORST

WITNESS

_____
JANIE FLORES

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON September 22nd, 2009, before me, DARLINE DIETZ, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
DARLINE DIETZ
Notary Expires: 03/22/2010

GENERAL NOTARY-State of Nebraska
DARLINE DIETZ
My Comm. Exp. March 22, 2010

(This area for notarial seal)

"RRG"RRGALSI"09/22/2009 01:09:43 PM* ALSI01ALSIA00000000000000000598546* SCGREEV* 0021569512 SCSTATE_MORT_ASSIGN_ASSN "*RRGALSI*