

U.S. Department of Justice

Office of the United States Trustee

*Southern District of New York*

---

33 Whitehall Street, 21st Floor  Phone: (212) 510 0500
New York, NY 10004  Fax:  (212) 668-2255

November 18, 2009

**Via Federal Express**
Kiyam J. Poulson, Esq.
Druckman Law Group, PLLC
242 Drexel Avenue
Westbury, New York 11590

<u>Re: Onyekachi Anosike, Case No. 09-14397 (AJG)</u>

Dear Kiyam:

This letter confirms my conversation with you today.  My Office has concerns about the motion (the "Motion") of Aurora Loan Services, LLC ("Aurora") with respect to 316-318 Devonwood Court, Taylors, South Carolina 29687 (the "Property").  The Motion is now returnable on November 24, 2009 at 10:45 a.m.

The Motion attaches an assignment to Aurora dated September 22, 2009.  However, the Motion itself states that "the said mortgage held by Applicant is now in default in that the debtor has failed to pay the monthly installments due thereon commencing in June 2009 and thereafter, and the grace period for such payments has expired."  Motion at ¶ 10.

The United States Trustee requests an affidavit from Aurora (which I am prepared to review in draft) providing the date that Aurora obtained the mortgage and, if obtained before September 22, 2009, explaining why the assignment was not prepared until September 22, 2009.

You agreed to provide me with an update by Friday on the status of the affidavit if it is not ready.  Please give me that update by noon on Friday.

          Very truly yours,

          DIANA G. ADAMS
          UNITED STATES TRUSTEE

By:    */s/ Greg M. Zipes*
          Greg M. Zipes
          Trial Attorney

cc: Alan Nisselson, Esq. (Via Email at Anisselson@windelsmarx.com)
    Karen Robinson, Esq. (Via Email at Krobinson@dc37.net)