UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                             : Case No. 09-14397 (AJG)

In re                                                  :

ONYEKACHI ANOSIKE,              : (Chapter 7)

                 Debtor.                       :

-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

     I, Greg M. Zipes, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the objection of the United States Trustee on November 20, 2009 by Federal Express on the following parties listed on Schedule A.

                               By:     /s/ Greg M. Zipes_____
                                          Greg M. Zipes (GMZ-4539)

**EXHIBIT A**

Karen A. Robinson, Esq.
DC 37 Municipal Employees Legal Service
125 Barclay Street
New York, NY 10007

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Kiyam J. Poulson, Esq.
Druckman Law Group, PLLC
242 Drexel Avenue
Westbury, New York 11590