UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                        Case No. 09-14397-ajg

    ONYEKACHI ANOSIKE                             Chapter 7

                              Debtor(s).
-------------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF MOTION TO VACATE AUTOMATIC STAY

State of _Indiana_ }
County of _Marion_ } s.s.:

_Ji Strade_ , being duly sworn, deposes and says:

    1.    That I am a bankruptcy representative and agent for Aurora Loan Services, LLC and as such I am fully familiar with the facts and circumstances of this case. I submit this Affidavit in support of Aurora Loan Services, LLC's motion to vacate the automatic stay as against the property known as 316-318 Devonwood Court, Taylors, South Carolina 29687.

    2.    Aurora Loan Services, LLC is a secured creditor of the above named Debtor by virtue of being the holder of a mortgage. Said mortgage is a first mortgage lien upon a house and lot commonly known as 316-318 Devonwood Court, Taylors, South Carolina 29687, which premises do not comprise the primary residence of the debtor.

    3.    Attached hereto as Exhibit "A" is the MIN Summary and Milestones which shows that the Transfer Seasoned Servicing Rights were transferred to Aurora Loan Services on April 29, 2008.

    4.    As this loan is a MERS loan and Aurora Loan Services is a member of MERS there was no need for any assignment into Aurora's name.

**WHEREFORE**, for all the foregoing reasons, it is respectfully requested that the instant motion be granted in its entirety, and that the automatic stay be vacated as to Aurora Loan Services, LLC.

_____ (sign)

_____J. Streda_____ (print)

Sworn to before me
8 day of Dec. 2009

_____Suzanne C. Cork_____
Notary Public

SUZANNE E. CORK
Notary Public-Indiana
Marion County
My Commission Expires: Nov. 9, 2013

**EXHIBIT "A"**

# MIN SUMMARY 

## Summary

| | | | |
|---|---|---|---|
| 1000626-0429866015-2 | | Active (Registered) | |
| | | Foreclosure pending (Option 1), assigned to servicer | |
| 316-318 DEVONWOOD COURT | | MOM | |
| TAYLORS, SC 29687 | | First Lien | |
| Reg Date | 10/04/2006 | | |
| County | Greenville | QR | N |
| Primary Borrower | ANOSIKE, ONYEKACHI | SSN | XXX-XX-7746 |
| Pool Number | N/A | Investor Loan Number | 0011015461 |
| Note Amount | $143,100.00 | Note Date | 09/25/2006 |
| Servicer | 1000254 - Aurora Loan Services LLC | | |
| Custodian | 1000573 - Wells Fargo Mortgage Document Custody | | |
| Investor | 1001426 - Deutsche Bank National Trust Company Americas as Trustee | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

## Pending Batches

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

# MILESTONES for 1000626-0429866015-2



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Foreclosure Status Update | 09/30/2009 | 1000254 Aurora Loan Services LLC<br><br>Tina M. Whitaker | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 1), assigned to servicer<br>Quality Review: N |
| Transfer Seasoned Servicing Rights | 04/02/2009 | 1000254 Aurora Loan Services LLC<br><br><br><br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000254 Aurora Loan Services LLC<br>Old Servicer: 1000259 Lehman Brothers Holdings Inc.<br>New Subservicer: None<br>Old Subservicer: 1000254 Aurora Loan Services LLC<br>Batch Number: 6196852<br>Sale Date: 03/27/2009<br>Transfer Date: 03/27/2009 |
| Transfer Beneficial Rights - Option 2 | 05/05/2008 | 1000254 Aurora Loan Services LLC<br><br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1001426 Deutsche Bank National Trust Company Americas as Trustee<br>Old Investor: 1000544 RFC Trustee 02<br>Batch Number: 5468743<br>Transfer Date: 05/01/2008 |
| Transfer Seasoned Servicing Rights | 04/29/2008 | 1000254 Aurora Loan Services LLC<br><br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000259 Lehman Brothers Holdings Inc.<br>Old Servicer: 1000487 Aurora Bank FSB<br>Batch Number: 5459384<br>Sale Date: 04/25/2008<br>Transfer Date: 04/25/2008 |
| Transfer Seasoned Servicing Rights | 04/07/2008 | 1000440 Residential Funding Company, LLC<br><br><br><br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000487 Aurora Bank FSB<br>Old Servicer: 1000440 Residential Funding Company, LLC<br>New Subservicer: 1000254 Aurora Loan Services LLC<br>Old Subservicer: 1000474 HomeComings Financial, LLC<br>Batch Number: 5393764<br>Sale Date: 04/01/2008<br>Transfer Date: 04/01/2008 |
| Transfer Beneficial Rights - Option 1 | 02/05/2007 | 1000544 RFC Trustee 02<br><br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000544 RFC Trustee 02<br>Old Investor: 1000440 Residential Funding Company, LLC<br>Batch Number: 4227095<br>Transfer Date: 01/30/2007 |
| Transfer of Flow Servicing Rights | 10/08/2006 | 1000440 Residential Funding Company, LLC | MIN Status: Active (Registered)<br>New Servicer: 1000440 Residential |

| | | | | |
|---|---|---|---|---|
| | | Batch | | Funding Company, LLC<br>Old Servicer: 1000440 Residential<br>Funding Company, LLC<br>Batch Number: 3868080<br>Sale Date: 10/06/2006<br>Transfer Date: 10/06/2006 |
| Transfer Beneficial Rights - Option 2 | 10/08/2006 | 1000440 Residential Funding Company, LLC<br><br>Batch | | MIN Status: Active (Registered)<br>New Investor: 1000440 Residential<br>Funding Company, LLC<br>Old Investor: 1000440 Residential<br>Funding Company, LLC<br>Batch Number: 3867510<br>Transfer Date: 10/06/2006 |
| Registration | 10/04/2006 | 1000626 HomeComings Wholesale Funding<br><br>Batch | | MIN Status: Active (Registered)<br>Servicer: 1000440 Residential<br>Funding Company, LLC<br>New Subservicer: 1000474<br>HomeComings Financial, LLC<br>Old Subservicer: None |