UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: Case No. 09-14397 (AJG)
In re :
:
ONYEKACHI ANOSIKE, : (Chapter 7)
:
          Debtor. :
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, Greg M. Zipes, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the response of the United States Trustee on February 2, 2010 by Facsimile on the following parties:

Karen A. Robinson, Esq.
DC 37 Municipal Employees Legal Service
125 Barclay Street
New York, NY 10007
Facsimile (212) 815-1343

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Facsimile (212) 262-1215

Kiyam J. Poulson, Esq.
Druckman Law Group, PLLC
242 Drexel Avenue
Westbury, New York 11590
Facsimile (516) 876-0888

                                      By:   /s/ Greg M. Zipes
                                              Greg M. Zipes (GMZ-4539)